Entered on Docket
October 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 26, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Robert C. Borris Jr., Esq.
SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Case No.: 10-46056
)
RONALDO DELA VEGA & )
SHEILA DELA VEGA, )
)
　　　　　Debtors )
_____ )

ORDER GRANTING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

　　On September 24, 2010, Debtors filed a motion to modify their confirmed chapter 13 plan, to include a previously omitted secured creditor.

1

The court finds that notice of the motion was proper. All creditors having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. Paragraph 2 of the confirmed plan to be modified to include a claim to Silver State Trustee Services, secured by real property known as 8124 Diamond Gorge Road, Las Vegas, NV 89178, claim and arrears amounts of **$1,161.00**, with no interest specified.
2. Overall plan payment to increase from $1,742.00 to $1,752.00, with unsecured creditors being paid 8% of total allowed claims.

<u>End of Order</u>

## Court Service List

Martha Bronitsky
Chapter 13 Trustee
24301 Southland Drive 200
Hayward, CA 94541

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Silver State Trustee Services, LLC
c/o Robert Walsh, Esq.
1424 South Jones Blvd
Las Vegas, NV 89146-1231